**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHADERICK G.,

                Plaintiff,                      24 **CIVIL** 258 (GRJ)

    -v-                                    <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 13, 2024, the Commissioner's denial of benefits is supported by substantial evidence and consistent with applicable law and must therefore be sustained. The Commissioner is, therefore, GRANTED judgment on the pleadings, and this case is DISMISSED.

**Dated:** New York, New York
         November 14, 2024

                                                          **DANIEL ORTIZ**
                                                          **Acting Clerk of Court**

                          **BY:**      *K. Mango*

                                                              **Deputy Clerk**